IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENNETH TRACEY WHITE,<br><br>                Plaintiff<br><br>VS.<br><br>CURTIS JOHNSON, Warden, *et al.*,<br><br>                Defendants | **NO. 5: 03-CV-234 (DF)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## RECOMMENDATION TO DENY MOTION TO DISMISS

On March 16, 2005, defendants in the above-captioned case filed a MOTION TO DISMISS plaintiff's complaint for failure to advise the court of his change in address. Tab #107. Thereafter, on March 17, 2005, the undersigned advised plaintiff of said motion and his duty to respond properly thereto. Tab #108. The plaintiff has filed a response to the defendants' motion.

After thoroughly considering the defendants' motion and the plaintiff's response to said motion, the undersigned finds that the plaintiff has demonstrated good cause for his failure to advise the court of his change in address in that he has just been released from prison this month. Because plaintiff has just been released from prison, the undersigned cannot say that plaintiff's notice of a change in address was untimely.

Accordingly, IT IS RECOMMENDED that the defendants' MOTION TO DISMISS (Tab #107) be **DENIED**. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the <u>last</u> <u>address</u> provided by him.

SO RECOMMENDED, this 24th day of MARCH, 2005.

/s/ Claude W. Hicks, Jr.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE