IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KENNETH TRACEY WHITE,** | : | |
| Plaintiff, | : | |
| vs. | : | 5:03CV234 (DF) |
| **CURTIS JOHNSON, Warden,** *et al.*, | : | |
| Defendants. | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on March 24, 2005 (tab 111). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendants' Motion to Dismiss (tab 107) is hereby **DENIED.**

SO ORDERED, this 29th day of April, 2005.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew