# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **KENNETH TRACEY WHITE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:03CV234 (DF) |
| | : | |
| **CURTIS JOHNSON, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on July 1, 2005 (tab 126). The Court has reviewed and carefully considered Plaintiff White's objections to the Magistrate Judge's Recommendation (tab 127), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Defendants' Motion for Summary Judgment (tab 120) is hereby **GRANTED.**

SO ORDERED, this 12th day of August, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew